EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 17 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 04-00303 HG |
| ) | |
| Plaintiff, ) | INDICTMENT |
| vs. ) | |
| ) | [21 U.S.C. §841(a)(1); 21 |
| ROBERT GARY EISLER, ) | U.S.C. §841(b)(1)(C); 18 |
| ) | U.S.C. §922(g)(1); 18 U.S.C. |
| Defendant. ) | §924(a)(2)] |
| ) | |

INDICTMENT

COUNT 1

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

The Grand Jury charges:

On or about August 2, 2004, in the District of Hawaii, defendant, ROBERT GARY EISLER, did knowingly possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2

[18 U.S.C. §§922(g)(1) and 924(a)(2)]

The Grand Jury further charges:

On or about August 2, 2004, in the District of Hawaii, defendant, ROBERT GARY EISLER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, a firearm, to wit: a Loewe Berlin Mauser .7 mm rifle bearing serial number H7855.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

[18 U.S.C. §§922(g)(1) and 924(a)(2)]

The Grand Jury further charges:

On or about August 2, 2004, in the District of Hawaii, defendant, ROBERT GARY EISLER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, ammunition, to wit: 32 rounds of Federal brand .7 mm ammunition and 16 rounds of Remmington .7 mm ammunition.

//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: __8/17__, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

<u>United States v. Robert Gary Eisler</u>
Cr. No.
"Indictment"