EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 2 2004

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,        Plaintiff,    vs.    ROBERT GARY EISLER,        Defendant. | CR. NO. 04-00303 HG    FIRST SUPERSEDING INDICTMENT    [21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C); 18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2); and 18 U.S.C. §924(e)] |

FIRST SUPERSEDING INDICTMENT

COUNT 1

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

The Grand Jury charges:

On or about August 2, 2004, in the District of Hawaii, defendant, ROBERT GARY EISLER, did knowingly possess with the intent to distribute a mixture or substance containing a

All in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

Sentencing Allegations

1.  With respect to Count 1, the defendant knowingly possessed with the intent to distribute 13.52 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

2.  With respect to Count 1, the defendant possessed a dangerous weapon (including a firearm).

3.  With regard to Counts 2 and 3, Defendant has three convictions (prior to the date of the offense charged - August 2, 2004), in any federal or state court, for either a "violent felony" or a "serious drug offense" as defined in Title 18, United States Code, Sections 924(e)(2)(A)&(B) committed on occasions different from one another.

//
//
//
//
//
//
//
//

The term "serious drug offense" means an offense under state law, involving manufacturing, distributing, or possessing with intent to distribute a controlled substance, for which a maximum term of imprisonment of ten years or more is prescribed by law.

DATED: Sept 2, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. Robert Gary Eisler
Cr. No.
"First Superseding Indictment"