EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 9 2004

at  10 o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,                Plaintiff,     vs.  ROBERT GARY EISLER,              Defendant. | CR. NO. 04-00303 HG  SECOND SUPERSEDING INDICTMENT  [21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(B); 18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2); and 18 U.S.C. §924(e)] |

SECOND SUPERSEDING INDICTMENT

COUNT 1

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)]

The Grand Jury charges:

On or about August 2, 2004, in the District of Hawaii, defendant, ROBERT GARY EISLER, did knowingly possess with the intent to distribute five grams or more of methamphetamine, its

salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 2

[18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about August 2, 2004, in the District of Hawaii, defendant, ROBERT GARY EISLER, then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a Loewe Berlin Mauser 7 mm rifle bearing serial number H7855.

All in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

[18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about August 2, 2004, in the District of Hawaii, defendant, ROBERT GARY EISLER, then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit, 32 rounds of Federal brand 7 mm ammunition and 16 rounds of Remmington 7 mm ammunition.

All in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

<u>Sentencing Allegations</u>

1. With respect to Count 1, the defendant knowingly possessed with the intent to distribute 9.07 grams of a methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

2. With respect to Count 1, the defendant possessed a dangerous weapon (including a firearm).

3. With regard to Counts 2 and 3, Defendant has three convictions (prior to the date of the offense charged - August 2, 2004), in any federal or state court, for either a "violent felony" or a "serious drug offense" as defined in Title 18, United States Code, Sections 924(e)(2)(A)&(B) committed on occasions different from one another.

//
//
//
//
//
//
//
//

The term "serious drug offense" means an offense under state law, involving manufacturing, distributing, or possessing with intent to distribute a controlled substance, for which a maximum term of imprisonment of ten years or more is prescribed by law.

DATED: Nov. 9 , 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. Robert Gary Eisler
Cr. No.
"Second Superseding Indictment"