EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

TRACY A. HINO  #3202
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00303 HG |
| | ) | CR. NO. 04-00400-05 HG |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SECOND |
| | ) | SENTENCING STATEMENT AS TO |
| vs. | ) | CR. NO. 04-00303 HG; |
| | ) | CERTIFICATE OF SERVICE |
| ROBERT GARY EISLER, | ) | |
| | ) | Date: July 6, 2006 |
| Defendant. | ) | Time: 3:00 p.m. |
| _____ | ) | Judge: Helen Gillmor |

GOVERNMENT'S SECOND SENTENCING
STATEMENT AS TO CR. NO. 04-00303 HG

Comes now the United States of America, by and through its attorneys, and hereby states that it has received and reviewed the document entitled, "Draft Presentence Report."

At this time, the Government has no additional proposed amendments, modifications, or additional factual information.

The Government reserves the right to reply to any proposed amendments, modifications, or additional information offered by the Defendant.

DATED: June 2, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Tracy A. Hino
    TRACY A. HINO
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Earle A. Partington  secretary@partington-foley.com  June 2, 2006

Attorney for Defendant, Cr. No. 04-00303 HG

Rustam Barbee  rustam@honoluluattorney.com  June 2, 2006
rustambarbee@yahoo.com

Attorney for Defendant, Cr. No. 04-00400-05 HG

Served by hand-delivery:

        MONA L. GODINET  June 2, 2006
        U.S. Probation Officer
        300 Ala Moana Blvd., Rm. C-110
        Honolulu, Hawaii 96850

        /s/ Tracy A. Hino
        TRACY A. HINO
        Assistant U.S. Attorney